IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____ DIVISION

QUESTIONNAIRE FOR PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. §1983

RECEIVED
CLERK'S OFFICE
2015 APR 13  AM 8: 34
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

Cilfred days GDC# 1273590
_____
_____

(GIVE FULL NAME AND PRISON NUMBER OF EACH PLAINTIFF)

Plaintiff(s)

VS.                                   CIVIL ACTION NO. **5:15-CV-134**

Warden Crichmor
Deputy Warden Hammock
Doctor Hill "mo"
_____

(NAME OF EACH DEFENDANT)

Defendant(s)

## I. GENERAL INFORMATION

1. Your full name and prison number  Cilfred days GDC# 1273590
2. Name and location of prison where you are now confined  Valdosta State Prison
P.O. Box 310 Valdosta, Ga. 31603
3. Sentence you are now serving (how long?) 15 do 10 years
   (a) What were you convicted of? Arm robbery
   (b) Name and location of court which imposed sentence  Fulton County Superior Court Atlanta, Ga.
   (c) When was sentence imposed? 07/2007
   (d) Did you appeal your sentence and/or conviction?   ☐ Yes   ☑ No
   (e) What was the result of your appeal? _____
   (f) Approximate date your sentence will be completed  07/10/17

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in any federal or state court dealing with the SAME FACTS involved in this lawsuit or otherwise related to your imprisonment?   ☐ Yes   ☑ No

5. If your answer to question 4. is "Yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

   (b) Name of Court: _____
   (c) Docket Number: _____ When did you file this lawsuit? _____
   (d) Name of judge assigned to case: _____
   (e) Is this case still pending  ☐ Yes  ☐ No
   (f) If your answer to (e) is "No," when was it disposed of and what were the results?
   (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
   _____

## III. PRESENT CONFINEMENT

6. Where are you now confined? **Valdosta State Prison**

   (a) How long have you been at this institution? _____
   (b) Does this institution have a grievance procedure?  ☑ Yes  ☐ No
   (c) If your answer to question 6(b) is "Yes," answer the following:

       (1) Did you present your complaint(s) herein to the institution as a grievance?
       ☐ Yes   ☑ No

       (2) What was the result? **I filed a grievance at Hays State Prison and it was denied by the warden.**

   (d) What, if anything, have you done to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.
   **I spoke with the administration at Hays State Prison, I spoke with inmate affairs, I also spoke with mental health... and Prea.**

7. In what other institutions have you been confined? Give dates of entry and exit.

B.S.P.(2008) J.S.P.(2008) V.S.P.(08-10) H.S.P.(11-15)
V.S.P.(2015)

## IV. PARTIES TO THIS LAWSUIT

8. List the name and address of each plaintiff in this lawsuit.

Alfred doys Goc # 1273590 Valdosta State Prison P.O. Box 310
Valdosta, Ga. 31603

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Warden Crickmar: Hays State Prison P.O. Box 2668
Trion, Ga. 30753
Deputy Warden Hammock: Hays State Prison P.O. Box 2668
Trion, Ga. 30753
Doctor Hill "MD": Hays State Prison P.O. Box 2668
Trion, Ga. 30753

## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

   Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, AND DIRECT! If the court needs additional information from you, you will be notified.

11. List the name and address of every person you believe was a witness to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Correctional officer Dyer   I informed him of the situation before it took place...

12. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

$150,000 for personal pain and suffering
$150,000 for punitive damages
$150,000 for mental and emotional distress

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

14. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this_____day of_____, 20_____.

PLAINTIFF

## STATEMENT OF CLAIM (CONTINUED)

Where did the incident you are complaining about occur? That is, at what institution or institutions? Hays State Prison

When do you allege this incident took place? 11/12/14

What happened? On 11/12/14 while being housed in the special mangerment unit (lock down) at the Hays State Prison, I respectfully requested to be placed on protective custudy status by submitting a written statement form to Sgt Stokes and Depity Warden of care and treatment Hammock due to me having a profound fear for my wellbeing after I was approached and threaten by several gangmembers due to my constant refuszal to bring contraband into the institution through my assigned outside detail... My request was blatant denied by Warden Crickmar and Depity Warden Hammock...

On 12/19/14 while working my assigned detail in the Food Service department at the Hays State Prison I was grabbed around my neck from behind and forced into the restroom where I passed out. Upon regaining consciousness I was being brutally beaten and kicked by 5 gangmembers; After about 4 to 5 minutes I was then held down by 4 inmates while the remaining inmate sexually assaulted me by forcing a broken broom stick into my rectum.... After reporting the incident to the administration I was seen by someone from prea, but I was refused medical treatment by the medical staff at Hays State Prison...

The Defendants with knowledge of the substantial risk of serious harm knowingly or recklessly disregarded that risk by failing to take measures to abate it... Therefore The Defendants violated my Eighth amendment constitutional right, by showing Deliberate indifference to my saftey...