Alfred Leon Days
GDC # 1273590
Washington STATE PRison
P.O Box 206
Davisboro, GA, 31018

GREGORY J. LEONARD, CLERK
UNITED STATE DISTRICT COURT
MidLE DISTRICT OF GEORGia
POST OFFICE Box 128
MacON, GEORGia   31202