# CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

ALFREd Leon Days

GdC 1273590

(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

JUN 2 2 2015

JAMES N. H...
By: _____

-vs-

WARDEN, CRICKMAR
Deputy Warden, HAmmock
Doctor Hill, MD

(Enter above the full name of the defendant(s).)

4:15-CV-83-HLM-WEJ

## I. Previous Lawsuits

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( )     No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

2. Court (name the district): _____

3. Docket Number: _____

Rev 12/5/07

I.  **Previous Lawsuits (Cont'd)**

    4.    Name of judge to whom case was assigned: _____

    5.    Did the previous case involve the same facts?

                Yes ( )     No ( )

    6.    Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?):
        _____
        _____

    7.    Approximate date of filing lawsuit: _____

    8.    Approximate date of disposition: _____

II.  **Exhaustion of Administrative Remedies**
Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights act ion shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

    A.    Place of Present Confinement:   _WASHington STATE prison_

    B.    Is there a prisoner grievance procedure in this institution?

                Yes (✓)     No ( )

    C.    Did you present the facts relating to your complaint under the institution's grievance procedure?

                Yes (✓)     No ( )

    D.    If your answer is YES:
        1.    What steps did you take and what were the results?
              _I was TRANSFERD Befor an answer WAS given._
           _To Another Institution. I didn't get a Reply_
           _FRom The *5 grievance Filed, 'accept_
           _fer Two of Them weR denied."_

        2.    If your answer is NO, explain why not: _____
              _____
              _____

**III.** **Parties**
(In item A below, place your name in the first blank and place your present address in the second blank.)

A.   Name of Plaintiff: _AlFREd Days_

Address(es): _WaSHingTon STATE prison_
_po. Box 206   DAViSBoRo, GIA 31018_

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.   Defendant(s): _WARDEN CRickmar_
_DEputie WARDEN   HAmmocK_
_Doctor Hill_

Employed as _WARDEN,   DEputiE WARDEN,   AND_
_MEDicaL Doctor_

at _HAYS STATE prison_

**IV.** **Statement of Claim**
State here as briefly as possible the facts   of your case. De  scribe how each defendant is involved.  Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a num ber of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

_ON NOVember 12_
_2014. I ASK WARDEN CRickmar for protective_
_custody. He denied my Request. I'VE sent_
_Statment forms To DEputy WARDEN Hammock_
_about DeaTH Threats on my LiFE, She NEVER_
_Answer my letters OR Statement forms for_
_Help. I was Told That, IF I didn't SAY who or_
_where The Threats, was Comming FRom, I can't_
_Be place on protective custody. I explain That_
_Gang memeber's was asking me to Bring contra-_

**IV.    Statement of Claim (Cont'd)**

Band Back in The Institution from my out-side
detail. When I Refused, They Threaten my LiFe,
DEputy WARDEN Hammock made me leave Segeration
Isolation By signing a statement saying "I didn't fear
for my LiFe Stateing That if I don't give them Names
oF The people Threatening me, No protective custody
December 19 2014 while Leaveing out oF The kitchen
Inmate bathe Room I was grab from Behind IN
a choke hold, pulled Back in the Rest Room were
I was Beaten and Kick Repeatly. once I Fully
gain conscious I notice That my sweater was
pulled over The Top of my Head I heard
someone say " SMicthes get ████ sticthes
They stomp me, Kick, punch and spreaded my
Legs after pulling my pants down to my
ankle. I heard a snapping sound which souded
Like a mop or a Broom Break I Felt The oject
penatrait my Return I was Told FRom Investagator Town
That a Broom was used Because They Found
It in the Rest Room. I alerted the oFFicer
in my Dorm after dialing The prea Phone
Number, I was takeing to medical and were
Place in a Room for 24 hour until medical ex-
aminer Lady came From Athanta to check me
after she left "meds oR any sort oF medical
attention was not given to me, DR. Hill Refuse
To see me ████ while I was Kept in medical

**V.    Relief**

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite
no cases or statutes.

$ 150,000   FoR   Liability of Supervisor's

$ 1,50 000   FoR   Emotional detress

$ 1,50 000   FoR   punitive Damages

**V.     Relief (Cont'd)**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Signed this _____ day of _____ , 20 ___

_____
Signature of Plaintiff

**STATE OF** _____
**COUNTY (CITY) OF** _____

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** _____
(Date)

_____
Signature of Plaintiff

Rev. 12/5/07

# IV. STATE of claim (cont'd)

DR. HiLL didn't PReCribe any medication for my injuries
She came To work monday 22nd sign somthing in my chart
medical chart. I SAW That from my Room in The Infarnmery.
Monday 22nd Nurse Rice gave me a vital sign <u>No meds</u>
I was Transferd Befor$^a$ Respond. I didn't get any GRiEVance
while being housed in medicaL. I was Told "Their wasn't
any forms in medical. I had to wait 13 days Past The
Time frame in wich The grievance supposed To-Be Filed.
They denied Them. I Never heard anything from my appeal
Either! ON Novemeber 12 2014 I gave officer Dyer a
written statement form Requesting Protetive custody
he Read it and gave to his supervisoR. Between Nov.
The 17th an 20th Counselour Tucker made Rounds in
segagretion Novemeber 2014 a statement form was given
To her also saying I Feared for my Life ALL The
witness are still employed at The Facility.
Counsel Tucker Name may have change, Because She
was married Last Year